IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-339 (UNA) |
| BARR PHARMACEUTICALS, INC., a Delaware Corporation, and BARR LABORATORIES, INC., a Delaware Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary B. Graham of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enters her appearance on behalf of plaintiffs Takeda Pharmaceutical Company Limited and TAP Pharmaceutical Products Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for Takeda Pharmaceutical*
  *Company Limited and Tap Pharmaceutical*
  *Products Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY  10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo  163-0646
Japan
(81) 3-5908-4070

 *Attorneys* for *Takeda Pharmaceutical*
 *Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

 *Attorneys for TAP Pharmaceutical*
 *Products Inc.*

June 10, 2008
2362350