AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Takeda Pharmaceutical Company Limited, et al. )<br>Plaintiff )<br>v. )<br>Barr Pharmaceuticals, Inc., et al. )<br>Defendant ) | Civil Action No. 08-339 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Barr Pharmaceuticals, Inc.
c/o Corporation Service Company
2711 Centerville Road - Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 6/9/08

E. Shuck
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _Corporation Service Company, 2711 Centerville Rd. Wilmington, DE_; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _6/10/08_

Server's signature

_Chris Jones - legal Courier_
Printed name and title

_800 King Street, Wilmington, DE, 19801_
Server's address