IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., a Delaware Corporation, and BARR PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-339-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Thomas J. Meloro<br>Michael W. Johnson<br>Colman B. Ragan<br>Kathryn M. Fugina<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, N.Y.  10019-6099<br>Tel:  (212) 728-8000<br><br>Dated:  June 12, 2008<br>869083 / 33171 | By:  /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Barr Laboratories, Inc. and*<br>*Barr Pharmaceuticals, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 12, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 12, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Mary B. Graham
Rodger D. Smith II
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801
JBlumenfeld@MNAT.com
mbgeservice@mnat.com
rsmith@mnat.com
jparrett@mnat.com

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
ejlobenfeld@hhlaw.com
twvanbuskirk@hhlaw.com
alchow@hhlaw.com
dkim@hhlaw.com

Philippe Y. Riesen
Hogan & Hartson LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo  163-0646
Japan
pyriesen@hhlaw.com

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
wfcavanaugh@pbwt.com
sepollack@pbwt.com
cjpeterman@pbwt.com
palmonrode@pbwt.com

2

                                                 */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869168 / 33171 / Takeda