IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, <br><br> Plaintiffs, <br> v. <br><br> BARR PHARMACEUTICALS, INC., a Delaware Corporation, and BARR LABORATORIES, INC., a Delaware Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-339 (UNA) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following counsel to represent Plaintiffs in this matter: Eric J. Lobenfeld, Tedd W. Van Buskirk, Arlene L. Chow and Dillon Kim of Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022, and Philippe Y. Riesen of Hogan & Hartson LLP, 25-1 Nishi-Shinjuku 1-Chome, Shinjuku, Tokyo, Japan 163-0646.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

- 2 -

OF COUNSEL:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY  10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo  163-0646
Japan
(81) 3-5908-4070
   *Attorneys* for *Takeda Pharmaceutical*
   *Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000
   *Attorneys for TAP Pharmaceutical*
   *Products Inc.*

June 16, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jparrett@mnat.com
   *Attorneys for Takeda Pharmaceutical*
   *Company Limited and Tap Pharmaceutical*
   *Products Inc.*

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                UNITED STATES DISTRICT JUDGE

2367445

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Eric J. Lobenfeld, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/11/08

Eric J. Lobenfeld
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Tedd W. Van Buskirk, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 12, 2008

Tedd W. Van Buskirk
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Arlene L. Chow, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/12/08

Arlene L. Chow
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Dillon Kim, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/11/08

Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Philippe Y. Riesen, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/16/08

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3.5908.4070

2363014.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esq.
>POTTER ANDERSON & CORROON LLP
>**rhorwitz@potteranderson.com**

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 16, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | Thomas J. Meloro, Esq.<br>Michael W. Johnson, Esq.<br>Colman B. Ragan, Esq.<br>Kathryn M. Fugina, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-3099<br><br>**tmeloro@willkie.com**<br>**mjohnson1@willkie.com**<br>**cragan@willkie.com**<br>**kfugina@willkie.com** |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)