## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY ) 
LIMITED, a Japanese Corporation, and TAP )
PHARMACEUTICAL PRODUCTS INC., a )
Delaware Corporation, )
           )
          Plaintiffs, )
           )    C.A. No. 08-339-UNA
       v. )
           )
BARR LABORATORIES, INC., a Delaware )
Corporation, and BARR PHARMACEUTICALS, )
INC., a Delaware Corporation, )
           )
          Defendants. )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Thomas J. Meloro, Michael W. Johnson, Colman B. Ragan and Kathryn M.

Fugina of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, N.Y. 10019 to

represent Defendants Barr Laboratories, Inc. and. Barr Pharmaceuticals, Inc. in this matter.

           POTTER ANDERSON & CORROON LLP

           By: */s/ David E. Moore*
               Richard L. Horwitz (#2246)
               David E. Moore (#3983)
               Hercules Plaza, 6th Floor
               1313 N. Market Street
               Wilmington, Delaware 19801
               Tel: (302) 984-6000
               rhorwitz@potteranderson.com
               dmoore@potteranderson.com

Dated: June 16, 2008           *Attorneys for Defendants Barr Laboratories, Inc.*
869328 / 33171               *and Barr Pharmaceuticals, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

⊠       has been paid to the Clerk of the Court

☐       will be submitted to the Clerk's Office upon the filing of this motion

Date:  June 16, 2008         Signed:      */s/ Thomas J. Meloro*
                                            Thomas J. Meloro
                                            Willkie Farr & Gallagher LLP
                                            787 Seventh Avenue
                                            New York, N.Y.  10019-6099
                                            Tel:  (212) 728-8000
                                            tmeloro@willkie.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008          Signed:      /s/ *Michael W. Johnson*
                                          Michael W. Johnson
                                          Willkie Farr & Gallagher LLP
                                          787 Seventh Avenue
                                          New York, N.Y.  10019-6099
                                          Tel:  (212) 728-8000
                                          mjohnson1@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒    has been paid to the Clerk of the Court

☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008          Signed:      /s/ Colman B. Ragan
                                          Colman B. Ragan
                                          Willkie Farr & Gallagher LLP
                                          787 Seventh Avenue
                                          New York, N.Y. 10019-6099
                                          Tel: (212) 728-8000
                                          cragan@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: June 16, 2008                Signed:    /s/ *Kathryn M. Fugina*
                                              Kathryn M. Fugina
                                              Willkie Farr & Gallagher LLP
                                              787 Seventh Avenue
                                              New York, N.Y. 10019-6099
                                              Tel: (212) 728-8000
                                              kfugina@willkie.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 16, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on June 16, 2008, the attached document was Electronically Mailed

to the following person(s):

Jack B. Blumenfeld
Mary B. Graham
Rodger D. Smith II
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
JBlumenfeld@MNAT.com
mbgeservice@mnat.com
rsmith@mnat.com
jparrett@mnat.com

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
ejlobenfeld@hhlaw.com
twvanbuskirk@hhlaw.com
alchow@hhlaw.com
dkim@hhlaw.com

Philippe Y. Riesen
Hogan & Hartson LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
pyriesen@hhlaw.com

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
wfcavanaugh@pbwt.com
sepollack@pbwt.com
cjpeterman@pbwt.com
palmonrode@pbwt.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869168 / 33171 / Takeda