IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>    Plaintiffs,<br>v.<br><br>BARR PHARMACEUTICALS, INC., a Delaware Corporation, and BARR LABORATORIES, INC., a Delaware Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-339 (UNA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following counsel to represent Plaintiffs in this matter William F. Cavanaugh, Jr., Stuart E. Pollack and Patrick S. Almonrode of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ James W. Parrett, Jr.* |
| OF COUNSEL:<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 | Jack B. Blumenfeld (#1014)<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jparrett@mnat.com<br>    *Attorneys for Takeda Pharmaceutical*<br>    *Company Limited and Tap Pharmaceutical*<br>    *Products Inc.* |

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070
    *Attorneys* for *Takeda Pharmaceutical*
    *Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
    *Attorneys for TAP Pharmaceutical*
    *Products Inc.*

June 16, 2008

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                           UNITED STATES DISTRICT JUDGE

2370002

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, William F. Cavanaugh Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 16, 2008

William F. Cavanaugh Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Stuart E. Pollack, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 11, 2008

*/s/ Stuart Pollack*
Stuart E. Pollack
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Patrick S. Almonrode, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/11/08

Patrick S. Almonrode
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

2363007.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esq.
>POTTER ANDERSON & CORROON LLP
>**rhorwitz@potteranderson.com**

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 16, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**

**BY E-MAIL**

Thomas J. Meloro, Esq.
Michael W. Johnson, Esq.
Colman B. Ragan, Esq.
Kathryn M. Fugina, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-3099

**tmeloro@willkie.com**
**mjohnson1@willkie.com**
**cragan@willkie.com**
**kfugina@willkie.com**

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)