IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>BARR LABORATORIES, INC., a Delaware Corporation, and BARR PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-339-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Pharmaceuticals, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Laboratories, Inc. hereby discloses that it is a wholly owned subsidiary of Barr Pharmaceuticals, Inc. and that no publicly held corporation other than Barr Pharmaceuticals, Inc. owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Meloro
Michael W. Johnson
Colman B. Ragan
Kathryn M. Fugina
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

Dated: June 30, 2008
872109 / 33171

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 30, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Mary B. Graham
Rodger D. Smith II
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
JBlumenfeld@MNAT.com
mbgeservice@mnat.com
rsmith@mnat.com
jparrett@mnat.com

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
ejlobenfeld@hhlaw.com
twvanbuskirk@hhlaw.com
alchow@hhlaw.com
dkim@hhlaw.com

Philippe Y. Riesen
Hogan & Hartson LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
pyriesen@hhlaw.com

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
wfcavanaugh@pbwt.com
sepollack@pbwt.com
cjpeterman@pbwt.com
palmonrode@pbwt.com

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869168 / 33171 / Takeda