IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARR PHARMACEUTICALS, INC., a Delaware Corporation, and BARR LABORATORIES, INC., a Delaware Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-339 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' REPLY TO BARR LABORATORIES, INC.'S COUNTERCLAIM

Plaintiffs-Counterclaim Defendants Takeda Pharmaceutical Company Limited ("Takeda") and TAP Pharmaceutical Products Inc. ("TAP"), by their undersigned attorneys, herein reply to the Counterclaim of Defendant-Counterclaimant Barr Laboratories, Inc. ("Barr") as follows:

62. Plaintiffs admit that Barr's Counterclaims purport to arise pursuant to Title 35 U.S.C. and 28 U.S.C. §§ 2201 and 2202. Plaintiffs admit that Barr purports to invoke the jurisdiction of the Court pursuant to 29 [sic] U.S.C. §§ 1338 and 2201. Plaintiffs admit that venue is proper in this Court.

63. Plaintiffs admit that they have filed a Complaint and hereby repeat and reallege each and every allegation contained in the Complaint and admit that a justiciable controversy exists between the parties hereto with respect to infringement and validity of certain claims of U.S. Patent Nos. 5,464,632, and 6,328,994.

**The Parties**

64. Upon information and belief, Plaintiffs admit the allegations in paragraph 64 of Barr's Counterclaims.

65. Plaintiffs admit the allegations in paragraph 65 of Barr's Counterclaims.

66. Plaintiffs admit the allegations in paragraph 66 of Barr's Counterclaims.

**The Controversy**

67. Plaintiffs admit the allegations in paragraph 67 of Barr's Counterclaims.

68. Plaintiffs admit the allegations in paragraph 68 of Barr's Counterclaims.

69. Plaintiffs admit the allegations in paragraph 69 of Barr's Counterclaims.

70. Upon information and belief, Plaintiffs admit the allegations in paragraph 70 of Barr's Counterclaims.

71. Upon information and belief, Plaintiffs admit the allegations in paragraph 71 of Barr's Counterclaims.

72. Plaintiffs admit the allegations in paragraph 72 of Barr's Counterclaims.

**COUNT ONE**
**(Alleged Non-Infringement of the '994 Patent)**

73. Plaintiffs repeat and re-allege their responses to paragraphs 62-72 of Barr's Counterclaims as if fully set forth herein.

74. Plaintiffs deny the allegations in paragraph 74 of Barr's Counterclaims.

**COUNT TWO**
**(Alleged Invalidity of the '994 Patent)**

75. Plaintiffs repeat and re-allege their responses to paragraphs 62-74 of Barr's Counterclaims as if fully set forth herein.

76.     Plaintiffs deny the allegations in paragraph 76 of Barr's Counterclaims.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs seek the following relief:

A.  An order dismissing Barr's Counterclaims with prejudice and denying each and every Prayer for Relief sought by Barr;

B.  An order granting each and every Prayer for Relief sought by Plaintiffs in the Complaint;

C.  A declaration that this is an exceptional case, and an award of attorneys' fees from Barr in this action pursuant to 35 U.S.C. § 285;

D.  An award of costs and expenses of Plaintiffs in prosecuting its affirmative claims and in defending Barr's Counterclaims; and

E.  Such further and other relief as this Court determines to be just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiffs Takeda Pharmaceutical Company Limited and TAP Pharmaceutical Products Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

   *Attorneys for Plaintiff Takeda*
   *Pharmaceutical Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

   *Attorneys for Plaintiff TAP*
   *Pharmaceutical Products Inc.*

July 17, 2008

2413684

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz, Esq.
> POTTER ANDERSON & CORROON LLP
> **rhorwitz@potteranderson.com**

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 17, 2008, upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | Thomas J. Meloro, Esq.<br>Michael W. Johnson, Esq.<br>Colman B. Ragan, Esq.<br>Kathryn M. Fugina, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-3099<br><br>**tmeloro@willkie.com**<br>**mjohnson1@willkie.com**<br>**cragan@willkie.com**<br>**kfugina@willkie.com** |

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)