IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAP PHARMACEUTICAL PRODUCTS INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 08-339 (SLR) ) ) ) ) ) ) |

## TAP'S UNOPPOSED MOTION TO CHANGE THE CAPTION

Plaintiff TAP Pharmaceutical Products Inc. ("TAP") moves to substitute Takeda Pharmaceuticals North America, Inc. ("TPNA") as plaintiff in place of TAP.

Effective July 1, 2008, current plaintiff TAP merged with TPNA, a corporation duly organized under the laws of the State of Delaware, with its principal place of business in Deerfield, Illinois. As a result of this merger, TAP ceased to exist as an independent corporate entity, and TPNA became its successor-in-interest. Thus, TPNA is now the owner of NDA No. 21-428, and substitution of TPNA for TAP would be appropriate.

In addition, TAP seeks to add two new parties -- Takeda Pharmaceuticals LLC ("LLC") and Takeda Pharmaceuticals America, Inc. ("TPA") -- a limited liability company and corporation, respectively, duly organized under the laws of the State of Delaware and wholly owned subsidiaries of TPNA. LLC is now the exclusive licensee to U.S. Patent No. 6,328,994 and the exclusive sublicensee for lansoprazole to U.S. Patent No. 5,464,632, which are the patents-in-suit in this action. TPA holds the exclusive right to sell Prevacid ODT to the public. TPNA holds exclusive rights to import Prevacid ODT and to sell exclusively to LLC. Thus, their joinder as plaintiffs would also be appropriate.

Counsel for all parties have discussed this motion, and Barr will not oppose it. Barr specifically reserves its right to challenge the standing for any of the plaintiffs in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mgraham@mnat.com
rsmith@mnat.com
jparrett@mnat.com
  *Attorneys for Takeda Pharmaceutical Company Limited and TAP Pharmaceutical Products Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Phillipe Y. Reisen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070
*Attorneys for Plaintiff*
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh
Stuart E. Pollack
Patrick S. Almonrode
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Takeda Pharmaceuticals*
*North America, Inc., Takeda Pharmaceuticals*
*America, Inc., and Takeda Pharmaceuticals*
*LLC*

August 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esq.
>POTTER ANDERSON & CORROON LLP
>**rhorwitz@potteranderson.com**

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 19, 2008, upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>**rhorwitz@potteranderson.com**<br>**dmoore@potteranderson.com** | Thomas J. Meloro, Esq.<br>Michael W. Johnson, Esq.<br>Colman B. Ragan, Esq.<br>Kathryn M. Fugina, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-3099<br><br>**tmeloro@willkie.com**<br>**mjohnson1@willkie.com**<br>**cragan@willkie.com**<br>**kfugina@willkie.com** |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAP PHARMACEUTICAL PRODUCTS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-339 (SLR) |
| BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Pursuant to Federal Rules of Civil Procedure 20(a)(1)(A), 25(c), and 41(a), the Court hereby orders that the caption of this action be changed to read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-339-SLR |
| v. | ) ) | |
| BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) | |

**SO ORDERED**

Dated:_____         _____
                              Honorable Sue L. Robinson
                              United States District Judge