IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC., a Delaware Corporation, and BARR PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-339-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Takeda Pharmaceutical Company Limited and TAP Pharmaceutical Products, Inc., (collectively "Takeda") and Defendants Barr Laboratories, Inc. ("Barr Labs") and Barr Pharmaceuticals, Inc. ("Barr Pharmaceuticals"), subject to the Court's approval, hereby stipulate to dismiss the Complaint as filed by Takeda against Defendant Barr Pharmaceuticals in the above captioned action. The action will continue against Barr Labs. It is further stipulated that this dismissal is without prejudice and is premised upon the following stipulations:

    1.    Barr Pharmaceuticals agrees to be bound by any judgment in the above-captioned action against Barr Labs as if it were a party to such action;

    2.    Barr Pharmaceuticals stipulates that, to the extent that it has documents, witnesses, and information in its custody and control that are relevant to the Complaint against Barr Labs, Barr Pharmaceuticals agrees to provide Takeda with such documents, witnesses, and information in response to discovery requests to Barr Labs to the same extent Barr Pharmaceuticals would be required to do so if it were a party to this action;

3. Pursuant to Fed. R. Civ. P 41(a), Takeda, Barr Labs, and Barr Pharmaceuticals agree to dismiss all claims against Barr Pharmaceuticals in the above-captioned action, without prejudice; and

4. The case caption shall be amended to read: *Takeda Pharmaceutical Company Limited and TAP Pharmaceutical Products, Inc., Plaintiffs v. Barr Laboratories, Inc., Defendant*, Civil Action No. 08-339-SLR.

| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Rodger D. Smith* <br> Jack B. Blumenfeld (#1014) <br> Mary B. Graham (#2256) <br> Rodger D. Smith (#3778) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> Tel: 302-658-9200 <br> jblumenfeld@mnat.com <br> mgraham@mnat.com <br> rsmith@mnat.com <br> jparrett@mnat.com <br><br> *Attorneys for Plaintiffs* | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants* |

**SO ORDERED**

Dated:_____

_____
Honorable Sue L. Robinson
United States District Judge

878904/33171